<u>NOT FOR PUBLICATION</u>

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH FALTAOUS, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, and ABC Corporations 1 through 100 (fictitious names),<br><br>        Defendants. | Civil Action No.: 07-1572 (JLL)<br><br>**ORDER ADOPTING<br>OCTOBER 11, 2007<br>REPORT AND RECOMMENDATION** |

**LINARES**, District Judge.

      This Court had referred Plaintiff's motion to remand [CM/ECF Docket Entry No. 7] to the Honorable Mark Falk, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Falk filed a Report and Recommendation in connection with Plaintiff's motion on October 11, 2007.  Having reviewed the Report and Recommendation, and having received no objection thereto, and for good cause shown,

      **IT IS** on this **2nd day of November, 2007,**

      **ORDERED** that the Report and Recommendation of Magistrate Judge Falk, filed on October 11, 2007 [CM/ECF Docket Entry No. 22], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

      **ORDERED** that Plaintiff's motion to remand [CM/ECF Docket Entry No. 7] is hereby **DENIED.**

      **IT IS SO ORDERED**.

                                                /s/ Jose L. Linares<br>
                                                Jose L. Linares<br>
                                                United States District Judge